UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERROL COLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10876** |
| **DARREL VANNOY, WARDEN**<br>**LOUISIANA STATE PENITENTIARY** | **SECTION "B"(2)** |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Terrol Cole for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 31st day of January, 2020

UNITED STATES DISTRICT JUDGE